```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-6-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    - against -

ORAL ALEXANDER BROWN,
   a/k/a "Steven Williams,"

          Defendant.

------------------------------X

ORDER OF
JUDICIAL REMOVAL

11 cr. 0720 (PKC)

      Upon the application of the United States of America, by Carolina A. Fornos, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Oral Alexander Brown, a/k/a "Steven Williams," and his attorney of record, Richard E. Signorelli, Esq., and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

    1.    The defendant is not a citizen or national of the United States.

    2.    The defendant is a native of Jamaica and a citizen of Jamaica.

    3.    After having been removed from the United States, the defendant entered the United States without being admitted or paroled, or at a time or place other than as designated by the Attorney General.

    4.    At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in this Court for the offense of illegal reentry into the United States in violation of Title 18, United States Code, Sections 1326(a) and (b)(2).

5. A maximum sentence of 20 years' imprisonment may be imposed for this offense.

6. The defendant is subject to removal pursuant to 212(a)(2)(A)(i)(II) of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. § 1182(a)(2)(A)(i)(II), as an alien who has been convicted of, or who admits having committed acts which constitute the essential elements of, a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance; section 212(a)(6)(A)(i) of the INA, 8 U.S.C. § 1182(a)(6)(A)(i), as an alien who is present in the United States without being admitted or paroled, or who arrived in the United States at any time or place than as designated by the Attorney General; and section 212(a)(9)(C)(i)(II) of the INA; 8 U.S.C. § 1182(a)(9)(C)(i)(II), as an alien who has been ordered removed under section 235(b)(1), section 240, or any other provision of law, and who enters or attempts to reenter the United States without being admitted.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Jamaica promptly upon his sentencing.

Dated:   New York, New York
         9-6, 2012

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE